

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
02/08/2016

| | | |
|---|---|---|
| **IN RE:** | § | |
| **ATLAS ACQUISITIONS LLC,** *et al* | § | **MISC CASE NO: 16-302** |
| | § | |

### ORDER TO SHOW CAUSE
### AND ORDER RESCHEDULING HEARINGS

Atlas Acquisitions, LLC, JH Portfolio Debt Equities, LLC, and Porania, LLC are each ordered to appear and show cause why they should not be sanctioned for filing proofs of claim in a variety of cases. It appears that Atlas Acquisitions, LLC and Porania, LLC have filed a series of claims (often in the amount of $390.00) without supporting documentation or otherwise not in compliance with the Federal Rules of Bankruptcy Procedure.

Potential sanctions may include disallowance of the claims, an award of compensatory sanctions, an imposition of coercive sanctions to assure future compliance with the Federal Rules of Bankruptcy Procedure, the removal of filing privileges unless filings are done by an attorney licensed to practice in this District, or other actions to assure the integrity of the proof of claim process in chapter 13 cases in this District.

1.      The hearings will be on March 7, 2016 at 9:00 a.m. All claims objections against these entities previously scheduled for February 23, 2016 are continued to March 7, 2016 at 9:00 a.m.

2.      Claims objections were also filed against these entities in cases pending before Judges Bohm and Jones. At the request of Judges Bohm and Jones, the February 25, 2016 claims objections hearings scheduled before them are continued to March 7, 2016 at 9:00 a.m. and will be heard by Judge Isgur.

3.      Atlas Acquisitions, LLC must be represented by counsel. In addition, a corporate representative of Atlas Acquisitions, LLC must appear. The corporate representative must be a person with knowledge of each of the claims identified below. If Atlas Acquisitions, LLC does not have a corporate representative present at the hearing, then Avi Schild must personally appear at the hearing.

4.      JH Portfolio Debt Equities, LLC must be represented by counsel. In addition, a corporate representative of JH Portfolio Debt Equities, LLC must appear. The corporate representative must be a person with knowledge of each of the claims identified below. If JH Portfolio Debt Equities, LLC does not have a corporate representative present at the hearing, then Jeffrey S. Dunn must personally appear at the hearing.

5.      Porania, LLC must be represented by counsel. In addition, a corporate representative of Porania, LLC must appear. The corporate representative must be a person with

knowledge of each of the claims identified below.  If Porania, LLC does not have a corporate representative present at the hearing, then Jeffrey S. Dunn must personally appear at the hearing.

      6.    At the hearing, Atlas, JH Portfolio, and Porania must present admissible evidence that each proof of claim filed by them in the following referenced cases represents a bona fide debt of the debtor in the reference case:

## CLAIMS FILED BY PORANIA

| Case # | Pending Before Judge | Case Name | Amount of Claim | Deficit |
|---|---|---|---|---|
| 15-34808 | Bohm | Carter and Worthy | $350.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-35317 | Isgur | Cooper | $300.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
|  |  |  | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-34347 | Bohm | James and Balderaz | $810.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
|  |  |  | $510.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
|  |  |  | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-34558 | Isgur | Green | $510.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-34939 | Isgur | Boutte | $480.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |

| Case # | Pending Before Judge | Case Name | Amount of Claim | Deficit |
|---|---|---|---|---|
| | | | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-34785 | Isgur | Henderson | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-34787 | Isgur | Gomez | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-34790 | Isgur | Hyman | $425.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-34884 | Isgur | Lomeli | $665.58 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| | | | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-34993 | Bohm | Garcia | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-35010 | Jones | Garza | $580.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-35445 | Bohm | Riggs | $650.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-35994 | Isgur | Garces | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |

| Case # | Pending Before Judge | Case Name | Amount of Claim | Deficit |
|---|---|---|---|---|
| 15-36102 | Jones | Douglas | $430.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| | | | $430.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-36146 | Jones | Castillo | $400.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| | | | $430.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |

## CLAIMS FILED BY ATLAS

| Case # | Pending Before Judge | Case Name | Amount of Claim | Deficit |
|---|---|---|---|---|
| 15-34544 | Bohm | Hancock | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-34558 | Isgur | Green | $623.34 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| | | | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-34256 | Isgur | Carson | $600.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| | | | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |

| Case # | Pending Before Judge | Case Name | Amount of Claim | Deficit |
|---|---|---|---|---|
| 15-34319 | Bohm | Gipson | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| | | | $1,090.15 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-34790 | Isgur | Hyman | $390 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-34808 | Bohm | Carter and Worthy | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| | | | $749.61 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| | | | $551.09 | Failure to comply with Fed. R Bankr. P. 3001(c)(3)(A)(iii). |
| 15-34818 | Bohm | Jones | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| | | | $700.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-34879 | Bohm | Franklin | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-34909 | Isgur | Norris and McCoy | $238.34 | Failure to comply with Fed. R Bankr. P. 3001(c)(3)(A)(ii); 3001(c)(3)(A)(iii); and 3001(c)(3)(A)(iv). |

| Case # | Pending Before Judge | Case Name | Amount of Claim | Deficit |
|---|---|---|---|---|
| | | | $300.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-34993 | Bohm | Garcia | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-35010 | Jones | Garza | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| | | | $1,116.05 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| | | | $351.09 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-35164 | Bohm | Flowers | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-35268 | Bohm | King | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-35317 | Isgur | Cooper | $690.22 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-35445 | Bohm | Riggs | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-35580 | Bohm | Sandoval | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |

| Case # | Pending Before Judge | Case Name | Amount of Claim | Deficit |
|---|---|---|---|---|
| 15-36036 | Isgur | Burnett | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |
| 15-35390 | Isgur | Dotson | $390.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |

## CLAIMS FILED BY JH PORTFOLIO DEBT EQUITIES LLC

| Case # | Pending Before Judge | Case Name | Amount of Claim | Deficit |
|---|---|---|---|---|
| 15-34939 | Isgur | Boutte | $675.00 | Failure to attach supporting documents as required by Fed. R. Bankr. P. 3001(c)(1). |

7.     At the hearing, each entity must demonstrate that it has complied with the Federal Rules of Bankruptcy Procedure in the filing of proofs of claim in this District.

8.     At the hearing, each entity must demonstrate that it will in the future comply with the Federal Rules of Bankruptcy Procedure in the filing of proofs of claim in this District.

9.     At the hearing, each entity must identify all proofs of claim filed in this District in the four years preceding entry of this Order, that were filed by that entity and that did not comply with the Federal Rules of Bankruptcy Procedure.

10.     At the hearing, each entity must produce all documents in its possession that reflect the intentional adoption of policies and procedures for the filing of proofs of claim that do not comply with the Federal Rules of Bankruptcy Procedure.

11.     JH Portfolio Debt Equities, LLC will be served by the Clerk by United States Mail at PO Box 382656, Memphis, Tennessee 38183 and by email at jefdun@gmail.com

12.     Porania, LLC will be served by the Clerk by United States Mail at PO Box 11405, Memphis, Tennessee 38111 and by email at jefdun@gmail.com

13.     Atlas Acquisitions, LLC will be served by the Clerk by United States Mail at 294 Union Street, Hackensack, NJ 07601 and by email at bk@atlasacq.com

14.   Avi Schild will be served by the Clerk by United States Mail at 294 Union Street, Hackensack, NJ 07601 and by email at bk@atlasacq.com

15.   Jeffrey S. Dunn will be served by the Clerk by United States Mail at PO Box 11405, Memphis, Tennessee 38111 and by email at jefdun@gmail.com

SIGNED **February 5, 2016.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE