

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ATLAS ACQUISITIONS, LLC, *et al* | § | MISC CASE NO: 16-00302 |
| | § | |

ENTERED
03/10/2016

## ORDER TO APPEAR

This Miscellaneous Proceeding was commenced to determine whether any wrongful conduct had occurred with respect to the filing of proofs of claim in this District. Following a series of hearings, it appears that certain proofs of claim may have been fraudulently introduced into the bankruptcy system in this District and in other parts of the United States.

It appears that certain of the Proofs of Claim were originated in a purchase transaction in which Mr. Joel Tucker was involved. The company that originated the loans appears to have been identified as Castle Peak.

Although the parties to this proceeding have advised the Court that they have requested information from Mr. Tucker, those same parties have advised the Court that Mr. Tucker has not been forthcoming with any data.

Accordingly, the Court orders that Joel Tucker personally appear before the Court. He is advised to appear with counsel. However, irrespective of whether counsel appears on his behalf, Mr. Tucker must personally be physically present. When he appears, Mr. Tucker must produce all documents possessed by him, whether in paper or electronic format, relating to the Castle Peak loans in the amount of $390.00 each. All origination documents, payment histories, loan documents, sales documents, and other materials must be produced.

The hearing will be in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Courtroom 404, Houston, Texas 77002. The hearing will be at 4:00 p.m. on March 21, 2016.

Counsel for Porania advised the Court on this date that Mr. Tucker requested a continuance of the hearing scheduled for today. Continuances may be requested only from the Court. No party may grant a continuance. If Mr. Tucker seeks a continuance from the Court, he must file a motion in writing. He must attach to the motion a copy of all documents in his possession or control that are identified in the fourth paragraph of this order.

If Mr. Tucker fails to attend, the Court will compel his appearance via an arrest warrant to the United States Marshal.

Mr. Tucker should be served with a copy of this order by text and by email sent by counsel to Porania. Counsel to Porania should also mail a copy of this order to Mr. Tucker at 97 Main Street, Suite 201, Edwards, Colorado 82632.

SIGNED **March 10, 2016.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE