

ENTERED
03/30/2016

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ATLAS ACQUISITIONS, LLC, *et al* | § | MISC CASE NO: 16-302 |
| | § | |

## ARREST WARRANT

On March 10, 2016, the Court issued an order to appear against Joel Tucker. Mr. Tucker was ordered to appear before the Court on March 21, 2016, and produce all documents possessed by him, whether in paper or electronic format, relating to certain Proofs of Claim apparently originating from a purchase transaction in which Mr. Tucker was involved. The Court advised Mr. Tucker to obtain counsel, although he was not ordered to do so. The order stated that if Mr. Tucker failed to appear at the March 21 hearing, his appearance would be compelled through an arrest warrant.

Mr. Tucker did not appear at the March 21, 2016, hearing. Although Attorney Jim Wetwiska appeared at the hearing as a prospective attorney for Mr. Tucker, Mr. Tucker had not retained Mr. Wetwiska as counsel. At the hearing, the Court continued the hearing to March 28, 2016, and stated that if Mr. Tucker appeared by March 28 at 4:00 PM with the documents in question, the Court would not hold a contempt hearing over his earlier failure to appear.

Mr. Tucker failed to appear with the documents by the March 28, 2016, deadline. Accordingly, the United States Marshals Service is **ORDERED** to arrest and produce **JOEL TUCKER**, male, last known address 97 Main Street, Suite 201, Edwards, Colorado 82632. **JOEL TUCKER** shall be brought before the Court in Courtroom 404, 515 Rusk Street, Houston, TX 77002.

Questions regarding this Arrest Warrant should be addressed to the Houston Office of the United States Marshals Service, Attention Isaac Karam at 713-718-4800.

The Court orders the Clerk to serve a copy of this Order to the United States Marshals Service.

SIGNED **March 30, 2016.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE