

ENTERED
04/05/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ATLAS ACQUISITIONS, LLC, *et al* | § | MISC CASE NO: 16-00302 |
| | § | |

## ORDER FOR TEMPORARY RELEASE

The United States Marshal is directed to temporarily release Joel Tucker from custody. The temporary release will be revoked if any of the following conditions are not satisfied:

1. Not later than 4:00 p.m. on April 8, 2016, Joel Tucker must produce copies of all e-mails, e-mail attachments, text messages and other electronic communications directly or indirectly related to the $390.00 alleged "Castle Peak" claims. The production must be made to Mr. Kirkendall at his e-mail address.

2. Not later than 4:00 p.m. on April 15, 2016, Joel Tucker must produce copies of all electronic and paper records located in Colorado and directly or indirectly related to the $390.00 alleged "Castle Peak" claims. The production must be made to Mr. Kirkendall at his e-mail address.

3. Not later than 4:00 p.m. on April 21, 2016, Joel Tucker must produce copies of all electronic and paper records located in Kansas and directly or indirectly related to the $390.00 alleged "Castle Peak" claims. The production must be made to Mr. Kirkendall at his e-mail address.

4. Not later than 4:00 p.m. on April 21, 2016, Joel Tucker must produce copies of all electronic and paper records located in any location other than in Kansas or Colorado and directly or indirectly related to the $390.00 alleged "Castle Peak" claims. The production must be made to Mr. Kirkendall at his e-mail address.

5. Prior to gaining physical or electronic access to any location where documents are maintained that are subject to paragraphs 2, 3, or 4 of this Order, Joel Tucker (acting through counsel) must give notice to Mr. Kirkendall and Ms. Gonzalez. Any party-in-interest to these proceedings may be present at the time that Joel Tucker accesses such physical or electronic location, and may videotape the event. The required notice is:

| If access will be on this day | Notice must be given by noon on this day |
|---|---|
| Monday | The Preceding Thursday |
| Tuesday | The Preceding Friday |
| Wednesday | The Preceding Monday |
| Thursday | The Preceding Tuesday |
| Friday | The Preceding Wednesday |
| Saturday | By written agreement with Mr. Kirkendall and Ms. Gonzalez |
| Sunday | By written agreement with Mr. Kirkendall and Ms. Gonzalez |

6. Joel Tucker is enjoined from gaining physical or electronic access to any location described in paragraph 5 except at the dates and times contained in the notice delivered to Mr. Kirkendall and Ms. Gonzalez.

7. Joel Tucker is ordered to appear in Court as a witness on April 28, 2016 at 3:00 p.m.

SIGNED **April 4, 2016.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE