

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/15/2016

| | | |
|---|---|---|
| IN RE: | § | |
| ATLAS ACQUISITIONS, LLC, *et al* | § | MISC CASE NO: 16-302 |
| | § | |

# ORDER

Joel Tucker seeks a document production from Jeffrey Dunn and Poronia, LLC. Although Mr. Tucker should receive the documents, the Court will not upset the timing contained in the Court's Temporary Release Order. The Court recognizes the concerns expressed by Porania and Dunn that Mr. Tucker may be using his document request so that he can tailor his response to the documents that he has been ordered to produce. If true, that would be unfortunate. The Court expresses no view. Mr. Tucker's production obligations should not be controlled or influenced by the responses to the request made to Porania or Dunn.

Accordingly, the Court orders that Jeffrey Dunn and Porania, LLC must turn over to Mr. Tucker's counsel all documents previously produced by Porania and Mr. Dunn in this matter pursuant to the Original Show Cause Order (ECF No. 2). The deadline for compliance is April 22, 2016 at 5:00 p.m.

SIGNED **April 14, 2016.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE