

ENTERED
04/19/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ATLAS ACQUISITIONS, LLC, *et al* | § | MISC CASE NO: 16-00302 |
| | § | |

### ORDER TO DEMONSTRATE COMPLIANCE

On April 4, 2016, this Court conducted an emergency hearing on Joel Tucker's motion for his release from custody. At the hearing, the Court ordered Mr. Tucker's temporary release.

In his emergency motion, Mr. Tucker identified that there were electronic and physical documents that needed to be reviewed in Overland Park, Kansas, Kansas City, Kansas, and Denver, Colorado. Mr. Tucker sought his release, in part, to enable him to travel to Kansas City, Overland Park and to Denver to review documents.

In its order granting a temporary release to Mr. Tucker, the Court mandated that all electronic and physical documents in Denver, Colorado be produced not later than April 15, 2016. Counsel to one of the other parties to this proceeding has alleged that he received one document, consisting of one-page from the document production in Colorado. At a hearing on April 19, 2016, counsel to Mr. Tucker confirmed this limited production. She also indicated that Mr. Tucker had not located any additional responsive documents in Colorado.

On April 28, 2016, Mr. Tucker is ordered to demonstrate his full compliance with the Court's April 4, 2016 Order. If he fails to demonstrate his full compliance, the Court may revoke his temporary release.

SIGNED **April 19, 2016.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE