

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | | |
|---|---|---|---|
| IN RE: | § | | ENTERED |
| ATLAS ACQUISITIONS, LLC, *et al* | § | MISC CASE NO: 16-00302 | 04/25/2016 |
| | § | | |

## ORDER LIMITING SCOPE OF APRIL 28, 2016 HEARING

When the Court issued its initial orders in this case, the Court did not understand the significance of the origin of the "Castle Peak" proofs of claim. The Court also did not understand that the origin of those claims would be difficult to discern. However, as the various hearings have progressed, these issues have become focal points of concern.

Recent documents filed by Porania, LLC (ECF #40, ECF # 58, and ECF #76) allege that Joel Tucker has failed to produce documents that allow for the origin of the "Castle Peak" proofs of claim to be determined.

Given the high level of responsiveness displayed by them, the Court does not believe that it is appropriate to require Atlas, Porania, JH Portfolio, or their principals to attend multiple evidentiary hearings on the Court's Show Cause hearing. However, if the hearing were held as scheduled, it is highly unlikely that the Court would be able to properly analyze the situation without a better understanding of the "Castle Peak" proofs of claim.

Accordingly, only the following will be considered at the April 28, 2016 hearing:

1. What additional information must be obtained to understand the origin of the "Castle Peak" proofs of claim?

2. Whether Joel Tucker has complied with the Court's orders to produce documents?

3. When should a future evidentiary Show Cause hearing be conducted with respect to Atlas, Porania, and JH Portfolio?

4. Whether the objections to various proofs of claim that are also scheduled for hearing on April 28, 2016 are moot, without prejudice to whether relief should be given at a future date under the Show Cause Order?

For the purposes of clarity:

1. The Court has ordered that certain principals of Porania, and JH Portfolio must appear on April 28, 2016 (and, with respect to Atlas, at a later date). That requirement is abated pending a rescheduled Show Cause hearing.

2. Joel Tucker's attendance at the April 28, 2016 hearing remains mandated.

SIGNED **April 25, 2016.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE