UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ATLAS ACQUISITIONS LLC, *et al.*, | § § § § | MISC CASE NO: 16-00302 |

DECLARATION OF JOEL TUCKER IN RESPONSE
TO ORDER TO FILE SWORN DECLARATION
[Relates to Docket No. 138]

**JOEL TUCKER makes this declaration under 28 U.S.C. § 1746, and states the following:**

1. My name is Joel Tucker. I am over the age of eighteen and am fully competent to make this declaration. I have personal knowledge of the facts stated herein, and those facts are true and correct.

2. The data from the document Tucker027983 was obtained from my review of the files contained on the Amazon Web Server and from information available to me in an electronic format on the computer at 7431 Broadway, Kansas City, Missouri, 64114.

3. The forensic examiner can presently access what I reviewed on the Amazon Web Server by logging onto the AWS server with the log in information my counsel provided to the forensic examiner.

4. The issuer information corresponds to the Serviceid column in the icollectmasterfull.xlsx file. I had access to a list that describes which Serviceid corresponds to which lender/issuer. This list was available to me in an electronic format at 7431 Broadway, Kansas City, Missouri, 64114. The Court has prohibited my access to this location.

5. The password information that would allow the Forensic Examiner to access data contained in Tucker027983 from the Amazon Web Server was given to the forensic examiner by my counsel on June 9, 2016.

6. Other information contained in Tucker027983 would be obtained from the computer at 7431 Broadway, Kansas City, Missouri, 64114.

7. When I prepared Tucker027983, I accessed the data in the following manner:

    a. I logged onto the computer located at 7431 Broadway, Kansas City, Missouri, 64114.

    b. I logged onto the AWS console—the dashboard that manages the server.

    c. I logged into AWS server from the AWS console.

    d. I opened the files on the AWS server.

    e. I searched for the individuals on the Court's Order to Show Cause [Dkt No. 2] by the individuals' names and social security numbers.

    f. Once I identified the individuals, I exported the data within the files that was associated with each individual onto the desktop of the computer located at 7431 Broadway, Kansas City, Missouri, 64114.

    g. Additionally, I had to access electronic documents on the computer at 7431 Broadway, Kansas City, Missouri, 64114 to find certain borrower information.

    h. I searched for the individuals on the Court's Order to Show Cause [Dkt No. 2] in the electronic documents by the individuals' names and social security numbers.

    i. Once I identified the individuals in the electronic documents, I copied the data within the electronic documents that was associated with each individual onto the export file.

    j. I had to change the service id to the name of the issuer so that I could comply with the Court's order.

    k. Then, I printed the file to PDF.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

9. Executed on July 8, 2016.

_____
Joel Tucker