

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/05/2016

| | | |
|---|---|---|
| IN RE: | § | |
| ATLAS ACQUISITIONS, LLC, *et al* | § | MISC CASE NO: 16-302 |
| | § | |

## ORDER DENYING MOTION TO WITHDRAW AND MOTION FOR CONTINUANCE

Akin Gump seeks to withdraw as Mr. Tucker's attorney. The proposed withdrawal is on the eve of a significant hearing, for which the Court has reserved several hours. The hearing is scheduled for October 11, 2016.

The motion gives no reason for the proposed withdrawal. The Court will not allow the withdrawal (and the resulting delay) without good cause shown. Even with good cause, it might be appropriate to allow the withdrawal after the October 11, 2016 hearing concludes.

The motion is denied.

SIGNED **October 5, 2016.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE